# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Supervised Release) |
| v. | Case Number: 99-cr-00364-WDM-01 |
| DAVID SALAZAR | USM Number: 28455-013 |
| | Dana M. Casper (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation **1**, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - First Degree Criminal Trespass | 09/22/05 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 10, 2006
Date of Imposition of Judgment

*[signed]* Bob Blackburn for
Signature of Judge

Walker D. Miller, U.S. District Judge
Name & Title of Judge

10/16/06
Date

DEFENDANT: DAVID SALAZAR
CASE NUMBER: 99-cr-00364-WDM-01                                                      Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The defendant shall surrender to the United States Marshal for this district before 12:00 noon on October 13, 2006.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal